# Third District Court of Appeal

## State of Florida

Opinion filed February 4, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0073
Lower Tribunal No. F12-2340C

_____

**Samuel Lowry,**
Petitioner,

vs.

**State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Samuel Lowry, in proper person.

James Uthmeier, Attorney General, for respondent.

Before SCALES, C.J., and EMAS and FERNANDEZ, JJ.

PER CURIAM.

Denied.